UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------

| | | |
|---|---|---|
| MOUHAMED BACSIRU, | : | CASE NO. 4:17-CV-2683 |
| Petitioner, | : | |
| vs. | : | OPINION AND ORDER |
| | : | [Resolving Doc. 9] |
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | : | |
| Respondent. | : | |

-------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Mouhamed Bacsiru petitions for habeas corpus relief under 28 U.S.C. § 2241.[1] On May 4, 2018, Magistrate Judge David A. Ruiz recommended that the Court dismiss the case.[2] Magistrate Judge Ruiz found that the petition is now moot because Immigration and Customs Enforcement already removed Petitioner from the country.

Objections to Magistrate Judge Ruiz's Report and Recommendation were due by May 18, 2018. Petitioner Bacsiru has not filed objections to the Report and Recommendation.

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of a Report and Recommendation to which the parties have made an objection.[3] Absent objection, a district court may adopt the Report and Recommendation without review.[4]

Because no party has objected to the Report and Recommendation, this Court may adopt the Report and Recommendation without further review. Moreover, having conducted its own review of the petition and record, the Court agrees with the conclusions in the Report and Recommendation.

---

[1] Doc. 1. Respondent filed a motion to dismiss. Doc. 9.
[2] Doc. 10.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

Case No. 4:17-CV-2683
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Ruiz's Report and Recommendation and incorporates it fully herein by reference. The Court **DISMISSES AS MOOT** Petitioner's habeas petition. Furthermore, no basis exists upon which to issue a certificate of appealability.[5]

IT IS SO ORDERED.

Dated: May 23, 2018

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[5] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).